Entered on Docket
March 28, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: March 22, 2018

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
J. BARRETT MARUM, Cal. Bar No. 228628
MICHAEL M. LAUTER, Cal. Bar No. 246048
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
E mail: okatz@sheppardmullin.com
      bmarum@sheppardmullin.com
      mlauter@sheppardmullin.com

Proposed Counsel for the Debtor, MedCision, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MedCision, LLC<br>    f/k/a BioCision, LLC,<br><br>           Debtor. | Chapter 11<br><br>Case No. 17-31272<br><br>**ORDER AUTHORIZING THE RETENTION OF KYLE EVERETT OF DEVELOPMENT SPECIALISTS, INC. AS ITS CHIEF RESTRUCTURING OFFICER**<br><br>Date:    March 22, 2018<br>Time:   10:00 a.m.<br>Judge:  Hon. Hannah L. Blumenstiel<br>Place:   450 Golden Gate Avenue<br>         16th Floor, Courtroom 19<br>         San Francisco, CA 94102 |

The *Application for Entry of order Authorizing the Retention of Kyle Everett of Development Specialists, Inc. As its Chief Restructuring Officer* (the "Application"), filed by debtor and debtor-in-possession, MedCision, LLC (the "Debtor") on February 22, 2018 as Docket

No. 91, came before the Court for consideration. Based upon the Court's review of the Application, the declarations and other pleadings filed in support of the Application, and all pleadings and evidence of record in this case.

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED. Capitalized terms not defined in this Order shall have the meanings given to them in the Application.

2. The terms of the Engagement Letter are approved. The Debtor is authorized to employ, as of the Conversion Date, Kyle Everett, as Chief Restructuring Officer for the Debtor on the terms set forth in the Engagement Letter and in the Application.

** END OF ORDER **

# Court Service List

*Registered ECF Participants*

SMRH:485541155.1