SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
okatz@sheppardmullin.com
J. BARRETT MARUM, Cal. Bar No. 228628
bmarum@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
SHADI FARZAN, Cal. Bar No. 301610
sfarzan@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

Counsel for the Debtor,
MedCision, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MedCision, LLC<br>    *f/k/a BioCision, LLC*,<br><br>        Debtor. | Case No. 17-31272<br><br>Chapter 11<br><br>**AMENDED NOTICE OF HEARING ON DEBTOR'S MOTION TO APPROVE LITIGATION FUNDING PURSUANT TO 11 U.S.C. 363(B) AND 11 U.S.C. 364**<br><br>Date: August 1, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Hannah L. Blumenstiel<br>Place: 450 Golden Gate Avenue<br>       16th Floor, Courtroom 19<br>       San Francisco, CA 94102 |

**PLEASE TAKE NOTICE THAT** a hearing has been scheduled for August 1, 2019 at 10:00 a.m., before the Honorable Hannah L. Blumenstiel, United States Bankruptcy Judge, in the United States Bankruptcy Court, located at 450 Golden Gate Avenue, 16th Floor, Courtroom 19 San Francisco, CA 94102 to consider the *Motion to Approve Litigation Funding Pursuant to 11 U.S.C. 363(b) and 364* (the "Motion") filed by MedCision, LLC (collectively, the "Debtor") on June 13, 2019.

**PLEASE TAKE FURTHER NOTICE** that, by way of the Motion, the CRO seeks an order authorizing the debtor to approve the proposed litigation funding (i.e. funding of the costs of litigation from an entity who will in turn be entitled to a portion of the eventual litigation recovery) on the terms described the Motion. The Motion is based on the declaration Kyle Everett, the Debtor's CRO, other papers of record, and such further pleadings and evidence as may be filed in connection with the Motion.

**PLEASE TAKE FURTHER NOTICE THAT** a copy of the Motion or any of its related pleadings is available via PACER or by contacting the Debtor's counsel at 213-617-5517 or by email at sfarzan@sheppardmullin.com.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9014-1(c)(2), objections to the Motion, if any, must be made in writing and be filed with the Bankruptcy Court and served on the affected applicant at least seven (7) days prior to the scheduled hearing date. The failure of any person to file a timely objection shall bar the assertion at the hearing on the Motion or thereafter of any objection to the Motion.

Dated: July 2, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ J. Barrett Marum*
ORI KATZ
BARRETT MARUM
MICHAEL LAUTER
MATT KLINGER

Counsel for the Debtor,
MedCision, LLC